B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gates, Maria G** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Maria G Beltran** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**xxx-xx-6775** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**5104 W 23rd Street**<br>**Cicero IL 60804**<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [x]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [x]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [x]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

KENNETH S. GARDNER, CLERK "PS-REP" LW

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 31 2012

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.50.2, ID 1432:*

B1 (Official Form 1) (12/11)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Maria G Gates** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                             Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the |
| ☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (12/11) — Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):   Maria G Gates

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Maria G Gates

X _____

(708) 208-7214
Telephone Number (If not represented by attorney)
10/22/2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  Debtor not represented by attorney
Bar No.

Phone No. _____  Fax No. _____

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Andria Guerra
Printed Name and title, if any, of Bankruptcy Petition Preparer

336.56.3022
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

15028 S Cicero, Suite C
Oak Forest IL 60452

Address
X _____
10/22/2012
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2012 (Build 9.1.50.2, ID 1432)

B 1D (Official Form 1, Exhibit D) (12/09) UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   Maria G Gates                                              Case No. _____

                                                                              (if known)

          Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D.
Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   Maria G Gates                                    Case No. _____

                                                              (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:   _____
                                Maria G Gates

Date:   ____10/22/2012____

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re   Maria G Gates

Case No.

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $99,000.00 | | |
| B - Personal Property | Yes | 4 | $27,580.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $223,391.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $64,292.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,286.14 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,037.00 |
| TOTAL | | 18 | $126,580.00 | $287,683.51 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re   Maria G Gates

Case No.

Chapter     7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $36,751.34 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$36,751.34** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,286.14 |
| Average Expenses (from Schedule J, Line 18) | $3,037.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,500.31 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $123,867.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $64,292.51 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $188,159.51 |

B6A (Official Form 6A) (12/07)

In re   Maria G Gates

Case No. _____
(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 5104 W 23rd Street, Cicero IL<br>currently reesides, principal residence would like to keep if loan is modified | Single Family Home | - | $99,000.00 | $222,867.00 |
| | | Total: | $99,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   Maria G Gates                                          Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $60.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking | - | $20.00 |
| 3. Security deposits with public utilities. telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household furniture | - | $500.00 |
| | | Laptop computer | - | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Family clothing | - | $500.00 |
| 7. Furs and jewelry. | | Costume jewelry | - | $100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  Maria G Gates

Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Employer State University Retirement Savings | - | $25,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Maria G Gates

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chevy Blazer, 150k miles, kbb.com value at $1000 would like to keep to get to work | - | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Maria G Gates

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)   **Total >**   $27,580.00

B6C (Official Form 6C) (4/10)

In re  Maria G Gates

Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that excee
(Check one box)                                                    $146,450.*
  ☐  11 U.S.C. § 522(b)(2)
  ☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 5104 W 23rd Street, Cicero IL currently reesides, principal residence would like to keep if loan is modified | | $0.00 | $99,000.00 |
| Cash | | $60.00 | $60.00 |
| Chase Checking | | $20.00 | $20.00 |
| Household furniture | | $500.00 | $500.00 |
| Laptop computer | | $400.00 | $400.00 |
| Family clothing | | $500.00 | $500.00 |
| Costume jewelry | | $100.00 | $100.00 |
| Employer State University Retirement Savings | | $25,000.00 | $25,000.00 |
| 2002 Chevy Blazer, 150k miles, kbb.com value at $1000 would like to keep to get to work | | $1,000.00 | $1,000.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment. | | $27,580.00 | $126,580.00 |

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:  Maria G Gates

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| N/A | Real Property. | $99,000.00 | $222,867.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $60.00 | $60.00 | $0.00 | $60.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $20.00 | $20.00 | $0.00 | $20.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $900.00 | $900.00 | $0.00 | $900.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $500.00 | $500.00 | $0.00 | $500.00 | $0.00 |
| 7. | Furs and jewelry. | $100.00 | $100.00 | $0.00 | $100.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $25,000.00 | $25,000.00 | $0.00 | $25,000.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Maria G Gates

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|-------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles | $1,000.00 | $524.00 | $476.00 | $1,000.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | TOTALS: | $126,580.00 | $249,971.00 | $476.00 | $27,580.00 | $0.00 |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-e)
of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  Maria G Gates

CASE NO

CHAPTER    7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**
(None)

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $126,580.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $126,580.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $249,971.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $249,971.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $476.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $476.00 |
| J. Total Exemptions Claimed | $27,580.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $0.00 |

*Copyright 1996-2012, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6D (Official Form 6D) (12/07)

In re  Maria G Gates

Case No. _____
                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx7688<br><br>Homeward Residential<br>4600 Regent Blvd Ste 200<br>Irving TX 75063 | | - | DATE INCURRED: 08/012007<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**5104 W 23rd Street, Cicero IL**<br>REMARKS:<br><br>VALUE: $99,000.00 | | | | $0.00 | |
| ACCT #: xxxxxx7688<br><br>Homeward Residential<br>POB 619063<br>Dallas TX 75261.9063 | | - | DATE INCURRED: 01/01/00<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Principal Residence**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $0.00 | |
| ACCT #: xxxxxxxxxxxxxxx0000<br><br>Santander Consumer<br>8585 N Stemmons Fwy Suite 1100 N<br>Dallas TX 75247 | | - | DATE INCURRED: 11/01/2011<br>NATURE OF LIEN:<br>**Auto**<br>COLLATERAL:<br>**Chevy Blazer**<br>REMARKS:<br><br>VALUE: $1,000.00 | | | | $524.00 | |
| ACCT #: xxxx xx x8022<br><br>Wells Fargo Home Mortgage<br>3476 Stateview Boulevard<br>Fort Mill SC 29715 | | - | DATE INCURRED: 08/01/2007<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Principal Residence**<br>REMARKS:<br><br>VALUE: $99,000.00 | | | | $222,867.00 | $123,867.00 |

|  |  |
|---|---|
| Subtotal (Total of this Page) > | $223,391.00 | $123,867.00 |
| Total (Use only on last page) > | $223,391.00 | $123,867.00 |

___No___ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities.)

B6E (Official Form 6E) (04/10)

In re  Maria G Gates                                          Case No. _____

                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use.

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____ **No** _____ continuation sheets attached

B6F (Official Form 6F) (12/07)
In re   Maria G Gates

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx0306<br>**1st Card Service**<br>OWC Suite 410<br>Woodbridge NJ 07095 | | - | DATE INCURRED:  04/01/2012<br>CONSIDERATION:<br>**Collecting for - Woman's Workout World**<br>REMARKS: | | | | $256.00 |
| ACCT #:  xxxx1069<br>**Allied Interstate**<br>POB 26190<br>Minneapolis MD 55426 | | - | DATE INCURRED:  10/22/12<br>CONSIDERATION:<br>**Collecting for - US Dept of Education**<br>REMARKS: | | | | $6,739.54 |
| ACCT #:  x xxxxxxx xates<br>**ATT**<br>PO Box 8100<br>Aurora IL 60507-8100 | | - | DATE INCURRED:  01/01/01<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $998.00 |
| ACCT #:  xxxxxxx6418<br>**Capital One**<br>PO Box 85015<br>Richmond, VA 23285-5075 | | - | DATE INCURRED:  06/01/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,853.00 |
| ACCT #:  xxxx-xxxx-xxxx-2935<br>**Capital One Bank (USA), N.A.**<br>PO Box 5253<br>Carol Stream IL 60197-6492 | | - | DATE INCURRED:  06/01/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $391.00 |
| ACCT #:  xxxx-xxxx-xxxx-7191<br>**Capital One/HSBC Bank Nev**<br>PO Box 105474<br>Atlanta, GA 30348-5474 | | - | DATE INCURRED:  03/01/2007<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $963.28 |

Subtotal >  $13,200.82

_____5_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria G Gates**

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-0180 **CCB Credit Services Inc.** PO Box 272 Springfield IL 62705.0272 | | - | DATE INCURRED:  **05/14/12** CONSIDERATION: **Collecting for - First Premier Bank** REMARKS: | | | | $456.97 |
| ACCT #:  xxxxxxxxxxxxx3623 **CCB Credit Services Inc.** 5300 S 6th Street Springfield IL 62703.5184 | | - | DATE INCURRED:  **09/17/12** CONSIDERATION: **Collecting for -First Premier Bank** REMARKS: | | | | $477.43 |
| ACCT #:  xxxxxx84M1 **Citimortgage, Inc.** 105 Decker Dr Suite 120 Irving TX 75062 | | - | DATE INCURRED:  **06/01/2005** CONSIDERATION: **Loan** REMARKS: | | | | $1,413.00 |
| ACCT #:  xxxxxx8431 **Citimortgage, Inc.** 105 Decker Dr Suite 120 Irving TX 75062 | | - | DATE INCURRED:  **06/01/2005** CONSIDERATION: **Mortgage** REMARKS: | | | | $1,413.00 |
| ACCT #:  xxxxxx3563 **CMRE Financial Services, Inc.** 3075 E Imperial Hwy #200 Brea CA 92821 | | - | DATE INCURRED:  **09/25/12** CONSIDERATION: **Collecting for-Macneal Hospital** REMARKS: | | | | $75.00 |
| ACCT #:  xxxx3811 **Collection Company of America** 700 Longwater Drive Norwell MA 02061 | | - | DATE INCURRED:  **08/01/2009** CONSIDERATION: **Collecting for - ATT** REMARKS: | | | | $998.00 |

Sheet no. ___1___ of 5_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $4,833.40

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Maria G Gates**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx1069<br>Department of Education<br>101 Marietta Tower, Suite 423<br>Atlanta GA 30323 | | - | DATE INCURRED: 03/01/2008<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $2,478.00 |
| ACCT #:  xxxx1046<br>Department of Education<br>101 Marietta Tower, Suite 423<br>Atlanta GA 30323 | | - | DATE INCURRED: 03/01/2008<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $2,586.00 |
| ACCT #:  xxxxxx4444<br>Department of Education<br>Fed Loan Servicing<br>POB 530210<br>Atlanta GA 30353.0210 | | - | DATE INCURRED: 04/14/2011<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $409.34 |
| ACCT #:  xxxxxxxxxxxxx0001<br>Federal Loan Service<br>Dept of Education<br>POB 530210<br>Atlanta GA 30353.0210 | | - | DATE INCURRED: 03/001/2008<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $2,546.00 |
| ACCT #:  xxxxxxxxxxxxx0002<br>Federal Loan Service<br>Dept of Ed<br>POB 530210<br>Atlanta GA 30353.0210 | | - | DATE INCURRED: 03/01/2008<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $2,399.00 |
| ACCT #:  xxxx-xxxx-xxxx-3623<br>First Premier Bank<br>POB 5524<br>Sioux Falls, SD 57117.5524 | | - | DATE INCURRED: 01/01/2009<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $477.43 |

Sheet no.  __2__  of 5 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $10,895.77

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria G Gates**

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-0180<br>**First Premier Bank**<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | | - | DATE INCURRED: 08/01/2009<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $456.97 |
| ACCT #:  xxxxxxx7069<br>**HSBC BANK**<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901 | | - | DATE INCURRED: 02/01/2008<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $600.00 |
| ACCT #:  xxxxxxx1332<br>**HSBC BANK**<br>PO Box 98706<br>Las Vegas NV 89193 | | - | DATE INCURRED: 06/01/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $696.00 |
| ACCT #:  xxxx.xxxx.xxxx.2935<br>**HSBC BANK/Orchard Bank**<br>POB 80084<br>Salinas CA 93912.0084 | | - | DATE INCURRED: 03/30/12<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $814.57 |
| ACCT #:  xxxx-xx-x8022<br>**Kluever & Platt LLC**<br>65 E Wacker Place #2300<br>Chicago IL 60601 | | - | DATE INCURRED: 03/07/2012<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $5,500.00 |
| ACCT #:  xxxx9364<br>**MacNeal Hospital**<br>POB 830913<br>Birmingham AL 35283.0913 | | - | DATE INCURRED: 08/11/12<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $157.01 |

Sheet no. __3____ of 5_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $8,224.55

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   Maria G Gates

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx-xxxx-xxxx-0180<br>National Asset Recovery Services, Inc<br>POB 1898<br>Saint Charles MO 63302.1898 | | - | DATE INCURRED:  09/15/12<br>CONSIDERATION:<br>**Collecting for - First Premier Bank**<br>REMARKS: | | | | $456.97 |
| ACCT #:  xxxx-xxxx-xxxx-7191<br>Portfolio Recovery Associates<br>POB 12903<br>Norfolk VA 23541 | | - | DATE INCURRED:  08/21/12<br>CONSIDERATION:<br>**Collecting for - HSBC Bank Nevada**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx-xxxx-xxxx-7191<br>Portfolio Recovery Associates<br>POB 4115<br>Concord CA 94524 | | - | DATE INCURRED:  07/10/12<br>CONSIDERATION:<br>**Collecting for - Capital One Bank**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxxxxxxxxx0928<br>Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444 | | - | DATE INCURRED:  09/01/2005<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $17,746.00 |
| ACCT #:  xxxxxxxxxxxxxxxx0070<br>Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444 | | - | DATE INCURRED:  05/01/2007<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $5,581.00 |
| ACCT #:  xxxxxxxxxxxxxxxx0070<br>Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444 | | - | DATE INCURRED:  05/01/2007<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $3,006.00 |

Sheet no.  __4__  of 5 _____  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $26,789.97

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Maria G Gates**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: x.xx7388<br>**University of Chicago Physicians Group**<br>75 Remittance Dr, #1385<br>Chicago IL 60675.1385 | | - | DATE INCURRED: **12/5/2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $40.00 |
| ACCT #: xxxxxx7751<br>**US Department of Education**<br>POB 7202<br>Utica NY 13504 | | - | DATE INCURRED: **03/01/2008**<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $52.00 |
| ACCT #: x xxxxxxx xates<br>**Women's Workout World**<br>16015 S Harlem Avenue<br>Tinley Park IL 60477 | | - | DATE INCURRED: **01/01/01**<br>CONSIDERATION:<br>**Membership**<br>REMARKS: | | | | $256.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of 5_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $348.00

Total >    $64,292.51

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   Maria G Gates                                              Case No. _____
                                                                            (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).


☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Maria G Gates**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re Maria G Gates

Case No. _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Divorced** | Relationship(s): | Age(s): 10 9 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Administrative Assistant | |
| Name of Employer | Morton College | |
| How Long Employed | 8 years | |
| Address of Employer | 3801 South Central Avenue Cicero IL 60804 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.    Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,294.32 | |
| 2.    Estimate monthly overtime | $0.00 | |
| 3.    SUBTOTAL | $3,294.32 | |
| 4.    LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $140.66 | |
| b. Social Security Tax | $263.54 | |
| c. Medicare | $47.76 | |
| d. Insurance | $508.10 | |
| e. Union dues | $46.12 | |
| f. Retirement | $0.00 | |
| g. Other (Specify)    COPE | $2.00 | |
| h. Other (Specify) | $0.00 | |
| i. Other (Specify) | $0.00 | |
| j. Other (Specify) | $0.00 | |
| k. Other (Specify) | $0.00 | |
| 5.    SUBTOTAL OF PAYROLL DEDUCTIONS | $1,008.18 | |
| 6.    TOTAL NET MONTHLY TAKE HOME PAY | $2,286.14 | |
| 7.    Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.    Income from real property | $0.00 | |
| 9.    Interest and dividends | $0.00 | |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11.  Social security or government assistance (Specify): | | |
| | $0.00 | |
| 12.  Pension or retirement income | $0.00 | |
| 13.  Other monthly income (Specify): | | |
| a. | $0.00 | |
| b. | $0.00 | |
| c. | $0.00 | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,286.14 | |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $2,286.14 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None.

B6J (Official Form 6J) (12/07)
IN RE:   Maria G Gates

Case No. _____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,200.00 |
|    a. Are real estate taxes included?  ☑Yes  ☐No | |
|    b. Is property insurance included?  ☑Yes  ☐No | |
| 2. Utilities:  a. Electricity and heating fuel | $200.00 |
|           b. Water and sewer | $60.00 |
|           c. Telephone | $80.00 |
|           d. Other:  TV Service | $95.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $400.00 |
| 5. Clothing | $150.00 |
| 6. Laundry and dry cleaning | $160.00 |
| 7. Medical and dental expenses | $80.00 |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | |
|           c. Health | |
|           d. Auto | |
|           e. Other: | $75.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:  Title loan on Car | $110.00 |
|           b. Other:  Student Loan | $177.00 |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, | |
|     if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,037.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  None. | |

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I         $2,286.14
b. Average monthly expenses from Line 18 above         $3,037.00
c. Monthly net income (a. minus b.)         ($750.86)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Maria G Gates                                    Case No. _____
                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **20**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/22/2012** _____     Signature _____
                                                                    *Maria G Gates*

Date _____     Signature _____

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer** _____     **336.56.3022** _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No.
                                                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

**15028 S Cicero, Suite C
Oak Forest IL 60452**

_____     **10/22/2012** _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may
result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   Maria G Gates

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $40,255.00 | 2011 - Employment income |
| $40,438.00 | 2010 - Employment income |
| $30,438.18 | 2012 Current ytd income |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this

bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chancery Division 2012-CH-08022 | Wells Fargo Bank vs. Maria Gates foreclosure | Circuit Court of Cook County | Filed 3/7/2012 |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   Maria G Gates

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None

☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

## 5. Repossessions, foreclosures and returns

None

☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned
to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must

---

## 6. Assignments and receiverships

None

☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

---

None

☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

## 7. Gifts

None

☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual
gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

## 8. Losses

None

☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

---

## 9. Payments related to debt counseling or bankruptcy

None

☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Andria Guerra<br>15028 S Cicero<br>Oak Forest IL 60452 | 10/14/2012 | $50 typing fee |
| 123 Credit Counselors<br>6161 Blue Lagoon Drive #255A<br>Miami FL 33126 | 09/10/2012 | $35, pre-filing credit counseling |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   Maria G Gates

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑

**10. Other transfers**

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

None
☑

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,

cooperatives, associations,

---

None
☑

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

None
☑

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

None
☑

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None
☑

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

---

None
☐

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

**NAME**

**Nabor Beltran, divorced March 2012**

B7 (Official Form 7) (04/10) – Cont.

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:    Maria G Gates

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

None ☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

None ☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

## 18. Nature, location and name of business

None ☑   a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,

sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the

commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately

preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   Maria G Gates

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of

more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or

self-employed in a trade, profession, or other activity, either full- or part-time.

## 19. Books, records and financial statements

None ☑ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

None ☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:    Maria G Gates

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑

### 23. Withdrawals from a partnership or distributions by a corporation
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

None ☑

### 24. Tax Consolidation Group
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

---

None ☑

### 25. Pension Funds
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor,
as an employer,

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10/22/2012 _____     Signature _____
                                         of Debtor    *Maria G Gates*

Date _____         Signature _____
                                         of Joint Debtor
                                         (if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/10) – Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   Maria G Gates                                          Case No. _____

                                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and notices and information required under
11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h)
setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**                          336.56.3022
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the
officer, principal, responsible person, or partner who signs this document.*

**15028 S Cicero, Suite C
Oak Forest IL 60452**

_____                          10/22/2012
Signature of Bankruptcy Petition Preparer                 Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the
bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for
each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy
Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

IN RE:   Maria G Gates

CASE NO

CHAPTER   7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A — Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Homeward Residential<br>4600 Regent Blvd Ste 200<br>Irving TX 75063<br>xxxxxxxxx7688 | **Describe Property Securing Debt:**<br>5104 W 23rd Street, Cicero IL |

Property will be (check one):
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Homeward Residential<br>POB 619063<br>Dallas TX 75261.9063<br>xxxxx7688 | **Describe Property Securing Debt:**<br>Principal Residence |

Property will be (check one):
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt   ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   Maria G Gates

CASE NO

CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Santander Consumer<br>8585 N Stemmons Fwy Suite 1100 N<br>Dallas TX 75247<br>xxxxxxxxxxxxxx0000 | **Describe Property Securing Debt:**<br>Chevy Blazer |

Property will be (check one):
- [ ] Surrendered   [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt   [ ] Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage<br>3476 Stateview Boulevard<br>Fort Mill SC 29715<br>xxxx xx x8022 | **Describe Property Securing Debt:**<br>Principal Residence |

Property will be (check one):
- [ ] Surrendered   [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt   [ ] Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Maria G Gates

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **10/22/2012** _____        Signature _____
*Maria G Gates*

Date _____              Signature _____

B 201B (Form 201B)  (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  Maria G Gates

Case No. _____

Chapter _____ 7 _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Andria Guerra, Petition Preparer**

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

**15028 S Cicero, Suite C**
**Oak Forest IL 60452**

**336.56.3022**

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

X _____

Signature of Bankruptcy Petition Preparer or officer, principal,
responsible person, or partner whose Social Security
number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Maria G Gates** _____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X _____    **10/22/2012**

Signature of Debtor                        Date

X _____

Signature of Joint Debtor (if any)        Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Maria G Gates**<br>**5104 W 23rd Street**<br>**Cicero IL 60804**<br>**Debtor(s) in pro per**<br>**(708) 208-7214** | |

| In re:<br>**Maria G Gates** | CASE NO.: |
|---|---|
| | CHAPTER:  **7** |
| | Debtor Address:<br>**5104 W 23rd Street**<br>**Cicero IL 60804** |

| Social Security Number:  **xxx-xx-6775** | Employer's Tax I.D. Number: |
|---|---|

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.  Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| For document preparation services, I have agreed to accept | **$50.00** |
|---|---|
| Prior to the filing of this statement I have received | **$50.00** |
| Balance Due | **$0.00** |

2.  I have prepared or caused to be prepared the following documents (itemize):
    **bankruptcy documents**

    and provided the following services (itemize):
    **Typing ($50.00)**

3.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

4.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| <u>Name</u> | <u>SSN</u> |
|---|---|
| **Andria Guerra** | **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** |

| In re: **Maria G Gates** | CASE NUMBER: |
| | CHAPTER:   **7** |

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____          _____336.56.3022_____          _____10/22/2012_____
              Signature                                    Social Security Number                              Date

Name (Print):  **Andria Guerra**

Address:      **15028 S Cicero, Suite C**
              **Oak Forest IL 60452**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Maria G Gates

CASE NO

CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/22/2012 _____

Signature _____
*Maria G Gates*

Date _____

Signature _____

1st Card Service
OWC Suite 410
Woodbridge NJ 07095


Allied Interstate
POB 26190
Minneapolis MD 55426


ATT
PO Box 8100
Aurora IL 60507-8100


Capital One
PO Box 85015
Richmond, VA 23285-5075


Capital One Bank (USA), N.A.
PO Box 5253
Carol Stream IL 60197-6492


Capital One/HSBC Bank Nev
PO Box 105474
Atlanta, GA 30348-5474


CCB Credit Services Inc.
PO Box 272
Springfield IL 62705.0272


CCB Credit Services Inc.
5300 S 6th Street
Springfield IL 62703.5184


Citimortgage, Inc.
105 Decker Dr Suite 120
Irving TX 75062

CMRE Financial Services, Inc.
3075 E Imperial Hwy #200
Brea CA 92821


Collection Company of America
700 Longwater Drive
Norwell MA 02061


Department of Education
101 Marietta Tower, Suite 423
Atlanta GA 30323


Department of Education
Fed Loan Servicing
POB 530210
Atlanta GA 30353.0210

Federal Loan Service
Dept of Education
POB 530210
Atlanta GA 30353.0210

Federal Loan Service
Dept of Ed
POB 530210
Atlanta GA 30353.0210

First Premier Bank
POB 5524
Sioux Falls, SD 57117.5524


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Homeward Residential
4600 Regent Blvd Ste 200
Irving TX 75063

Homeward Residential
POB 619063
Dallas TX 75261.9063


HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901


HSBC BANK
PO Box 98706
Las Vegas NV 89193


HSBC BANK/Orchard Bank
POB 80084
Salinas CA 93912.0084


Kluever & Platt LLC
65 E Wacker Place #2300
Chicago IL 60601


MacNeal Hospital
POB 830913
Birmingham AL 35283.0913


National Asset Recovery Services, Inc
POB 1898
Saint Charles MO 63302.1898


Portfolio Recovery Associates
POB 12903
Norfolk VA 23541


Portfolio Recovery Associates
POB 4115
Concord CA 94524

Sallie Mae
1002 Arthur Drive
Lynn Haven FL 32444


Santander Consumer
8585 N Stemmons Fwy Suite 1100 N
Dallas TX 75247


University of Chicago Physicians Group
75 Remittance Dr, #1385
Chicago IL 60675.1385


US Department of Education
POB 7202
Utica NY 13504


Wells Fargo Home Mortgage
3476 Stateview Boulevard
Fort Mill SC 29715


Women's Workout World
16015 S Harlem Avenue
Tinley Park IL 60477

1st Card Service
OWC Suite 410
Woodbridge NJ 07095

Allied Interstate
POB 26190
Minneapolis MD 55426

ATT
PO Box 8100
Aurora IL 60507-8100

Capital One
PO Box 85015
Richmond, VA 23285-5075

Capital One Bank (USA),
N.A.
PO Box 5253
Carol Stream IL 60197-

Capital One/HSBC Bank
Nev
PO Box 105474
Atlanta, GA 30348-5474

CCB Credit Services Inc.
PO Box 272
Springfield IL
62705.0272

CCB Credit Services Inc.
5300 S 6th Street
Springfield IL
62703.5184

Citimortgage, Inc.
105 Decker Dr Suite 120
Irving TX 75062

CMRE Financial Services,
Inc.
3075 E Imperial Hwy #200
Brea CA 92821

Collection Company of
America
700 Longwater Drive
Norwell MA 02061

Department of Education
101 Marietta Tower,
Suite 423
Atlanta GA 30323

Department of Education
Fed Loan Servicing
POB 530210
Atlanta GA 30353.0210

Federal Loan Service
Dept of Education
POB 530210
Atlanta GA 30353.0210

Federal Loan Service
Dept of Ed
POB 530210
Atlanta GA 30353.0210

First Premier Bank
POB 5524
Sioux Falls, SD
57117.5524

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Homeward Residential
4600 Regent Blvd Ste 200
Irving TX 75063

Homeward Residential
POB 619063
Dallas TX 75261.9063

HSBC BANK
1441 SCHILLING PLACE
SALINAS, CA 93901

HSBC BANK
PO Box 98706
Las Vegas NV 89193

HSBC BANK/Orchard Bank
POB 80084
Salinas CA 93912.0084

Kluever & Platt LLC
65 E Wacker Place #2300
Chicago IL 60601

MacNeal Hospital
POB 830913
Birmingham AL 35283.0913

National Asset Recovery
Services, Inc
POB 1898
Saint Charles MO

Portfolio Recovery
Associates
POB 12903
Norfolk VA 23541

Portfolio Recovery
Associates
POB 4115
Concord CA 94524

Sallie Mae
1002 Arthur Drive
Lynn Haven FL 32444

Santander Consumer
8585 N Stemmons Fwy
Suite 1100 N
Dallas TX 75247

University of Chicago
Physicians Group
75 Remittance Dr, #1385
Chicago IL 60675.1385

US Department of
Education
POB 7202
Utica NY 13504

Wells Fargo Home
Mortgage
3476 Stateview Boulevard
Fort Mill SC 29715

Women's Workout World
16015 S Harlem Avenue
Tinley Park IL 60477

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                              Case No.:
**Maria G Gates**                               SSN:  __xxx-xx-6775__
_____        SSN: _____
Debtor(s)                            **Numbered Listing of Creditors**
Address:
**5104 W 23rd Street**               Chapter:   **7**
**Cicero IL 60804**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   1st Card Service<br>OWC Suite 410<br>Woodbridge NJ 07095<br>xxx0306 | Unsecured Claim | $256.00 |
| 2.   Allied Interstate<br>POB 26190<br>Minneapolis MD 55426<br>xxxx1069 | Unsecured Claim | $6,739.54 |
| 3.   ATT<br>PO Box 8100<br>Aurora IL 60507-8100<br>x xxxxxxx xates | Unsecured Claim | $998.00 |
| 4.   Capital One<br>PO Box 85015<br>Richmond, VA 23285-5075<br>xxxxxxxx6418 | Unsecured Claim | $3,853.00 |
| 5.   Capital One Bank (USA), N.A.<br>PO Box 5253<br>Carol Stream IL 60197-6492<br>xxxx-xxxx-xxxx-2935 | Unsecured Claim | $391.00 |
| 6.   Capital One/HSBC Bank Nev<br>PO Box 105474<br>Atlanta. GA 30348-5474<br>xxxx-xxxx-xxxx-7191 | Unsecured Claim | $963.28 |

in re:  **Maria G Gates**

| | | | |
|---|---|---|---|
| | Debtor | | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.   CCB Credit Services Inc.<br>PO Box 272<br>Springfield IL 62705.0272<br>xxxx-xxxx-xxxx-0180 | Unsecured Claim | $456.97 |
| 8.   CCB Credit Services Inc.<br>5300 S 6th Street<br>Springfield IL 62703.5184<br>xxxxxxxxxxxxx3623 | Unsecured Claim | $477.43 |
| 9.   Citimortgage, Inc.<br>105 Decker Dr Suite 120<br>Irving TX 75062<br>xxxxxx84M1 | Unsecured Claim | $1,413.00 |
| 10.   Citimortgage, Inc.<br>105 Decker Dr Suite 120<br>Irving TX 75062<br>xxxxxx8431 | Unsecured Claim | $1,413.00 |
| 11.   CMRE Financial Services. Inc.<br>3075 E Imperial Hwy #200<br>Brea CA 92821<br>xxxxxx3563 | Unsecured Claim | $75.00 |
| 12.   Collection Company of America<br>700 Longwater Drive<br>Norwell MA 02061<br>xxxx3811 | Unsecured Claim | $998.00 |
| 13.   Department of Education<br>101 Marietta Tower, Suite 423<br>Atlanta GA 30323<br>xxxx1069 | Unsecured Claim | $2,478.00 |
| 14.   Department of Education<br>101 Marietta Tower. Suite 423<br>Atlanta GA 30323<br>xxxx1046 | Unsecured Claim | $2,586.00 |
| 15.   Department of Education<br>Fed Loan Servicing<br>POB 530210<br>Atlanta GA 30353.0210<br>xxxxxx4444 | Unsecured Claim | $409.34 |

in re:  **Maria G Gates**

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16.  Federal Loan Service<br>Dept of Education<br>POB 530210<br>Atlanta GA 30353.0210<br>xxxxxxxxxxxx0001 | Unsecured Claim | $2,546.00 |
| 17.  Federal Loan Service<br>Dept of Ed<br>POB 530210<br>Atlanta GA 30353.0210<br>xxxxxxxxxxxx0002 | Unsecured Claim | $2,399.00 |
| 18.  First Premier Bank<br>POB 5524<br>Sioux Falls, SD 57117.5524<br>xxxx-xxxx-xxxx-3623 | Unsecured Claim | $477.43 |
| 19.  First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104<br>xxxx-xxxx-xxxx-0180 | Unsecured Claim | $456.97 |
| 20.  Homeward Residential<br>4600 Regent Blvd Ste 200<br>Irving TX 75063<br>xxxxxxxxx7688 | Secured Claim | $0.00 |
| 21.  Homeward Residential<br>POB 619063<br>Dallas TX 75261.9063<br>xxxxxx7688 | Secured Claim | |
| 22.  HSBC BANK<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901<br>xxxxxxxx7069 | Unsecured Claim | $600.00 |
| 23.  HSBC BANK<br>PO Box 98706<br>Las Vegas NV 89193<br>xxxxxxxx1332 | Unsecured Claim | $696.00 |
| 24.  HSBC BANK/Orchard Bank<br>POB 80084<br>Salinas CA 93912.0084<br>xxxx.xxxx.xxxx.2935 | Unsecured Claim | $814.57 |

in re:   **Maria G Gates**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 25. Kluever & Platt LLC<br>65 E Wacker Place #2300<br>Chicago IL 60601<br>xxxx-xx-x8022 | Unsecured Claim | $5,500.00 |
| 26. MacNeal Hospital<br>POB 830913<br>Birmingham AL 35283.0913<br>xxxx9364 | Unsecured Claim | $157.01 |
| 27. National Asset Recovery Services, Inc<br>POB 1898<br>Saint Charles MO 63302.1898<br>xxxx-xxxx-xxxx-0180 | Unsecured Claim | $456.97 |
| 28. Portfolio Recovery Associates<br>POB 12903<br>Norfolk VA 23541<br>xxxx-xxxx-xxxx-7191 | Unsecured Claim | |
| 29. Portfolio Recovery Associates<br>POB 4115<br>Concord CA 94524<br>xxxx-xxxx-xxxx-7191 | Unsecured Claim | |
| 30. Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444<br>xxxxxxxxxxxxxxxxx0928 | Unsecured Claim | $17,746.00 |
| 31. Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444<br>xxxxxxxxxxxxxxxx0070 | Unsecured Claim | $5,581.00 |
| 32. Sallie Mae<br>1002 Arthur Drive<br>Lynn Haven FL 32444<br>xxxxxxxxxxxxxxxx0070 | Unsecured Claim | $3,006.00 |
| 33. Santander Consumer<br>8585 N Stemmons Fwy Suite 1100 N<br>Dallas TX 75247<br>xxxxxxxxxxxxxxx0000 | Secured Claim | $524.00 |

in re:  **Maria G Gates**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.  University of Chicago Physicians Group<br>75 Remittance Dr. #1385<br>Chicago IL 60675-1385<br>x.xx7388 | Unsecured Claim | $40.00 |
| 35.  US Department of Education<br>POB 7202<br>Utica NY 13504<br>xxxxxx7751 | Unsecured Claim | $52.00 |
| 36.  Wells Fargo Home Mortgage<br>3476 Stateview Boulevard<br>Fort Mill SC 29715<br>xxxx xx x8022 | Secured Claim | $222,867.00 |
| 37.  Women's Workout World<br>16015 S Harlem Avenue<br>Tinley Park IL 60477<br>x xxxxxxx xates | Unsecured Claim | $256.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Maria G Gates**

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,* consisting of ___5___ sheets (including this declaration), and that it is true and correct to the best of my information and belief. the best of my information and belief

Debtor: _____   Date: _10/22/2012_
         **Maria G Gates**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    Maria G Gates

CASE NO.

CHAPTER    7

## Certificate of Service

02645-ILN-CC-016078526

1st Card Service
xxx0306
OWC Suite 410
Woodbridge NJ 07095

CCB Credit Services Inc.
xxxxxxxxxxx3623
5300 S 6th Street
Springfield IL 62703.5184

Department of Education
xxxxxx4444
Fed Loan Servicing
POB 530210
Atlanta GA 30353.0210

Allied Interstate
xxxx1069
POB 26190
Minneapolis MD 55426

Citimortgage, Inc.
xxxxxx84M1
105 Decker Dr Suite 120
Irving TX 75062

Federal Loan Service
xxxxxxxxxxxx0001
Dept of Education
POB 530210
Atlanta GA 30353.0210

ATT
x xxxxxxx xates
PO Box 8100
Aurora IL 60507-8100

Citimortgage, Inc.
xxxxxx8431
105 Decker Dr Suite 120
Irving TX 75062

Federal Loan Service
xxxxxxxxxxxx0002
Dept of Ed
POB 530210
Atlanta GA 30353.0210

Capital One
xxxxxxxx6418
PO Box 85015
Richmond, VA 23285-5075

CMRE Financial Services, Inc.
xxxxxx3563
3075 E Imperial Hwy #200
Brea CA 92821

First Premier Bank
xxxx-xxxx-xxxx-3623
POB 5524
Sioux Falls, SD 57117.5524

Capital One Bank (USA), N.A.
xxxx-xxxx-xxxx-2935
PO Box 5253
Carol Stream IL 60197-6492

Collection Company of America
xxxx3811
700 Longwater Drive
Norwell MA 02061

First Premier Bank
xxxx-xxxx-xxxx-0180
601 S Minnesota Ave
Sioux Falls, SD 57104

Capital One/HSBC Bank Nev
xxxx-xxxx-xxxx-7191
PO Box 105474
Atlanta, GA 30348-5474

Department of Education
xxxx1069
101 Marietta Tower, Suite 423
Atlanta GA 30323

Homeward Residential
xxxxxxxxx7688
4600 Regent Blvd Ste 200
Irving TX 75063

CCB Credit Services Inc.
xxxx-xxxx-xxxx-0180
PO Box 272
Springfield IL 62705.0272

Department of Education
xxxx1046
101 Marietta Tower, Suite 423
Atlanta GA 30323

Homeward Residential
xxxxxx7688
POB 619063
Dallas TX 75261.9063

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   Maria G Gates

CASE NO.

CHAPTER   7

### Certificate of Service

(Continuation Sheet #1)

| | | |
|---|---|---|
| HSBC BANK<br>xxxxxxxx7069<br>1441 SCHILLING PLACE<br>SALINAS, CA 93901 | Portfolio Recovery Associates<br>xxxx-xxxx-xxxx-7191<br>POB 12903<br>Norfolk VA 23541 | Wells Fargo Home Mortgage<br>xxxx xx x8022<br>3476 Stateview Boulevard<br>Fort Mill SC 29715 |
| HSBC BANK<br>xxxxxxxx1332<br>PO Box 98706<br>Las Vegas NV 89193 | Portfolio Recovery Associates<br>xxxx-xxxx-xxxx-7191<br>POB 4115<br>Concord CA 94524 | Women's Workout World<br>x xxxxxxx xates<br>16015 S Harlem Avenue<br>Tinley Park IL 60477 |
| HSBC BANK/Orchard Bank<br>xxxx.xxxx.xxxx.2935<br>POB 80084<br>Salinas CA 93912.0084 | Sallie Mae<br>xxxxxxxxxxxxxxxxxxx0928<br>1002 Arthur Drive<br>Lynn Haven FL 32444 | |
| Kluever & Platt LLC<br>xxxx-xx-x8022<br>65 E Wacker Place #2300<br>Chicago IL 60601 | Sallie Mae<br>xxxxxxxxxxxxxxxx0070<br>1002 Arthur Drive<br>Lynn Haven FL 32444 | |
| MacNeal Hospital<br>xxxx9364<br>POB 830913<br>Birmingham AL 35283.0913 | Santander Consumer<br>xxxxxxxxxxxxxxx0000<br>8585 N Stemmons Fwy Suite 1100 N<br>Dallas TX 75247 | |
| Maria G Gates<br>5104 W 23rd Street<br>Cicero IL 60804 | University of Chicago Physicians Group<br>x.xx7388<br>75 Remittance Dr, #1385<br>Chicago IL 60675.1385 | |
| National Asset Recovery Services, Inc<br>xxxx-xxxx-xxxx-0180<br>POB 1898<br>Saint Charles MO 63302.1898 | US Department of Education<br>xxxxxx7751<br>POB 7202<br>Utica NY 13504 | |